```
 1  Mario Choi, 243409                    (415)772-4700
    Kaplan Fox & Kilsheimer LLP
 2  350 Sansome Street, Suite 400
    San Francisco, CA 94104
 3
 4  Representing: Plaintiff               File No. None
 5
 6
 7
 8              United States District Court, Northern District of California
 9              Northern District of California - District - San Jose
10
11
12  Nicole Gallmann                       Case No. 17-CV-07285
13                                        Proof of Service of:
14        Plaintiff/Petitioner            Summons, Complaint, Civil Case Cover Sheet, Consent or Declination
                                          to Magistrate Judge Jurisdiction, Order Setting Initial Case
           vs.                            Management Conference and ADR Deadlines, Consent to the
15                                        Jurisdiction of a Magistrate Judge, ECF Registration Information, Civil
16  Apple Inc.                            Standing Order Magistrate Judge Nathanael M. Cousins, Notice of
                                          Assignment of Case to a U.S. Magistrate Judge for Trial, Standing
17                                        Order Regarding Case Management in Civil Cases, Standing Order re
           Defendant/Respondent           Contents of Joint Case Management Statement, Administrative
18                                        Motion to Consider Whether Cases Should Be Related, Declaration of
                                          Mario M. Choi Concerning Plaintiffs' Administrative Motion to
19                                        Consider Whether Cases Should Be Related, Proposed Order
20                                        Service on:
21                                         Apple Inc.
                                                    Hearing Date:
22                                                  Hearing Time:
23                                                  Div/Dept:
24
25
26
27
28
```

PROOF OF SERVICE

OL#11616332

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Mario Choi, 243409<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104 | (415)772-470 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Nicole Gallmann

DEFENDANT:
Apple Inc.

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>17-CV-07285 |
|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Consent or Declination to Magistrate Judge Jurisdiction, Order Setting Initial Case Management Conference and ADR Deadlines, Consent to the Jurisdiction of a Magistrate Judge, ECF Registration Information, Civil Standing Order Magistrate Judge Nathanael M. Cousins, Notice of Assignment of Case to a U.S. Magistrate Judge for Trial, Standing Order Regarding Case Management in Civil Cases, Standing Order re Contents of Joint Case Management Statement, Administrative Motion to Consider Whether Cases Should Be Related, Declaration of Mario M. Choi Concerning Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, Proposed Order

2. Party Served: Apple Inc.

3. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 12/28/2017    3:00PM

5. Address, City and State: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 39.95

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/29/2017 at Los Angeles, California.

Signature: _Jimmy Lizama_

OL# 11616332