1  THEODORE J. BOUTROUS JR., SBN 132099
     tboutrous@gibsondunn.com
2  CHRISTOPHER CHORBA, SBN 216692
     cchorba@gibsondunn.com
3  THEANE EVANGELIS, SBN 243570
     tevangelis@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
6  Facsimile:  213.229.7520

7  RACHEL S. BRASS, SBN 219301
     rbrass@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
9  San Francisco, CA  94105
   Telephone: 415.393.8200
10 Facsimile:  415.374.8458

11 Attorneys for Defendant,
   APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole GALLMANN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 5:17-cv-7285<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>U.S. District Judge Edward Davila |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Rachel S. Brass of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 219301) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile, and email are as follows:

> RACHEL S. BRASS, SBN 219301
> rbrass@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105
> Telephone: 415.393.8200
> Facsimile: 415.374.8458

DATED: January 12, 2018            GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Rachel S. Brass*
            Rachel S. Brass

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

1
DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 5:17-CV-7285

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 12, 2018                     GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Rachel S. Brass*
              Rachel S. Brass

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP