THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8458

Attorneys for Defendant,
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole GALLMANN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 5:17-cv-07285<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**<br><br>U.S. District Judge Edward Davila |

Pursuant to Civil Local Rule 6-1(a), Defendant Apple Inc. and Plaintiff Nicole Gallmann hereby stipulate to extend the time Defendant has to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) to February 20, 2018. This extension will not alter the date of any event or deadline fixed by any Court order, and the parties reserve the right to seek further Court orders advancing or extending these deadlines.

DATED: January 12, 2018                GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Theodore J. Boutrous, Jr.*
          Theodore J. Boutrous, Jr.

*Attorneys for Defendant Apple Inc.*

DATED: January 12, 2018                KAPLAN FOX & KILSHEIMER LLP

By:   *s/Laurence D. King*
          Laurence D. King

*Attorneys for Plaintiff Nichole Gallmann*